UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Stephen Miner</u>

        v.           Civil No. 05-cv-54-JD

<u>Hillsborough County</u>
<u>Department of Corrections, Superintendent</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 12, 2005.

SO ORDERED.

June 3, 2005

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:    Stephen Miner, pro se
       John Curran, Esq.